## McClain *v.* United Parcel Service, Inc., Appellant.

Argued March 15, 1976. *John G. Jenemann*, with him *Joseph R. Thompson*, for appellant; *Henry I. Jacobson* and *Bernard J. Goodheart*, submitted a brief for appellee.

Order affirmed.

## Maddox *v.* Maddox, Appellant.

Argued March 15, 1976. *Paul Breen*, for appellant; *Benjamin Goldman*, for appellee.

Order affirmed.